Honorable Marc Barreca
Hearing Date: April 21, 2021 at 9:00 a.m.
Location: Telephonic
Response Due: April 20, 2021 @ 5:00 p.m.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| **In re:** | ) **CHAPTER 13** |
| | ) |
| | ) **BANKRUPTCY NO. 18-10384** |
| **AUDIE & KATHY WOOD,** | ) |
| | ) **NOTICE & MOTION FOR** |
| Debtors. | ) **ORDER ALLOWING SALE OF** |
| | ) **REAL PROPERTY FREE AND** |
| | ) **CLEAR OF LIENS; PROOF OF** |
| | ) **SERVICE** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on Debtors' Motion to Approve Sale of Real Property will take place on **April 21, 2021 @ 9:00 a.m.** before the Honorable Marc Barreca, as follows:

JUDGE: Marc Barreca       DATE: April 21, 2021

PLACE: Telephonic          TIME: 9:00 a.m.

Dial: 1-888-363-4749
Enter Access Code: 9365479#
Press the # sign
Enter Security Code when prompted: 8574#
Speak your name when prompted

Any party wishing to respond to this Motion must file and serve an objection and supporting documentation on the undersigned attorney no later than **5:00 p.m. on April 20, 2021.** If no opposition to the motion has been timely filed and served, the court, in its discretion, may grant the motion prior to hearing without further notice.

**NOTICE & MOTION FOR ORDER ALLOWING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS; PROOF OF SERVICE -**1**-**

**Law Offices of
LESTER & ASSOCIATES, P.S., INC.**
119 N. Commercial St., Ste. 175
Bellingham, Washington 98225
(360) 733-5774

Case 18-10384-MLB    Doc 34    Filed 04/07/21    Ent. 04/07/21 15:45:05    Pg. 1 of 4

**DATED** this 7th day of April, 2021.

**LESTER & ASSOCIATES, P.S., INC.**

/s/ Tom Lester
**Tom Lester, WSBA #15814**
Attorney for Debtors

**MOTION**

**COMES NOW**, the Debtors, by and through their undersigned attorney, hereby seeking approval from the Court for an Order authorizing the sale of real property. The property to be sold, the terms of the sale and the other details are summarized as follows:

| | |
|---|---|
| Street address of Property: | 5446 Mt. Baker Highway, Deming, WA 98244 |
| Purchaser: | Reginald & Michelle York |
| Sale Price: | $626,000 |
| Terms of Sale: | Cash at closing |
| Costs of Sale: | Debtor's portion of the costs of sale will be paid through escrow at closing. These costs will include, but are not limited to, title insurance, real estate taxes due through date of sale, one-half of the escrow costs, and real estate agent commissions of 5% of the gross sales price or such lesser amount as the agents shall agree to. |
| Legal Description of Property: | A tract of land in the Southeast quarter of the Northeast quarter of Section 32, Township 39 North, Range 5 East of W.M. Situated in Whatcom County, Washington. Tax Parcel No. 3905325203670000 |
| Utility Liens: | In many cases the existence of a utility lien and/or the amount of the lien is unknown until closing or thereafter. These liens usually, but not always, are equal to the utility bills incurred over several months. Any such liens will be paid through escrow at closing. |

**NOTICE & MOTION FOR ORDER ALLOWING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS; PROOF OF SERVICE -**2**-**

Law Offices of
**LESTER & ASSOCIATES, P.S., INC.**
119 N. Commercial St., Ste. 175
Bellingham, Washington 98225
(360) 733-5774

Case 18-10384-MLB    Doc 34    Filed 04/07/21    Ent. 04/07/21 15:45:05    Pg. 2 of 4

Encumbrances and
Claim amounts:   (1)   First Mortgage loan to Freedom Mortgage Corp, $391,000 (estimated)

Said sale will be free and clear of all liens and interests, said liens and interests to attach to the proceeds of the sale as though those proceeds were the property, said liens and interests to be satisfied from those proceeds. Notwithstanding the foregoing, the Debtors request the authority for the closing agent to pay the above-named secured mortgage creditor at closing.

A copy of the Purchase and Sale Agreement and the Estimated Closing Statement are attached to the Declaration of Debtors on file herein. The Debtors employed a realtor to list and market the property. The proposed purchaser was secured through normal marketing procedures. Therefore, the Debtors believe and therefore allege that the purchaser is a good faith purchaser for value.

The Debtors request that the 14-day stay imposed by Rule 6004(g) not apply and that the approval of the sale be effective immediately upon entry of the Order by the Court.

**DATED** this 7th day of April, 2021.

**LESTER & ASSOCIATES, P.S., INC.**

/s/ Tom Lester
**Tom Lester, WSBA #15814**
Attorney for Debtors

NOTICE & MOTION FOR ORDER ALLOWING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS; PROOF OF SERVICE -3-

Law Offices of
**LESTER & ASSOCIATES, P.S., INC.**
119 N. Commercial St., Ste. 175
Bellingham, Washington 98225
(360) 733-5774

Case 18-10384-MLB    Doc 34    Filed 04/07/21    Ent. 04/07/21 15:45:05    Pg. 3 of 4

## PROOF OF SERVICE

I declare under penalty of perjury under the laws of the State of Washington that on April 7, 2021, I mailed via first class mail or caused delivery of a copy of the Motion to Shorten Time; Order Shortening Time; Notice of Hearing; Motion to Approve Sale of Real Property; Declaration of Debtors; and Proposed Order on file herein, with proper postage prepaid to the creditors and/or interested parties identified on the mailing matrix attached hereto.

**DATED** this 7th day of April, 2021 at Bellingham, Washington.

/s/ Sherri Courtney
**Sherri Courtney**

**NOTICE & MOTION FOR ORDER ALLOWING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS; PROOF OF SERVICE -**4**-**

**Law Offices of
LESTER & ASSOCIATES, P.S., INC.**
119 N. Commercial St., Ste. 175
Bellingham, Washington 98225
(360) 733-5774

Case 18-10384-MLB    Doc 34    Filed 04/07/21    Ent. 04/07/21 15:45:05    Pg. 4 of 4